UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL WISE, | ) | NO. CV 09-7140 SJO (SS) |
|         Petitioner, | ) | |
| | ) | **ORDER ADOPTING FINDINGS,** |
|    v. | ) | |
| | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| JOHN MARSHALL, Warden, | ) | |
| | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
|         Respondent. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

Accordingly, IT IS ORDERED THAT:

1. The Motion to Dismiss is GRANTED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: 2/11/10

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2