**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUSSELL WISE, | ) | NO. CV 09-07140 SJO (SS) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 2/11/10

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE